# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1090
Lower Tribunal No. 2022-CF-013038

_____

BRANDON JAMES ELAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Diego M. Madrigal, III, Judge.

June 30, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, SMITH and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Brett S. Chase, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Bureau Chief, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED